**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**
**Southern DIVISION**

In re: QAD INVESTMENTS, INC.        §        Case No. 18-20010
                                    §
                                    §
                                    §
        Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

     Nathaniel R. Hull, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $576,700.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $558,863.06 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $126,976.64 | | |

     3) Total gross receipts of $685,839.70 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $685,839.70 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $350,000.00 | $381,929.67 | $397,391.89 | $397,391.89 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $126,976.64 | $126,976.64 | $126,976.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,938,319.08 | $356,905.73 | $161,471.17 | $161,471.17 |
| **TOTAL DISBURSEMENTS** | $2,288,319.08 | $865,812.04 | $685,839.70 | $685,839.70 |

4) This case was originally filed under chapter 7 on 01/16/2018. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/25/2019         By: /s/ Nathaniel R. Hull
                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 462 Main Street Gorham, ME 04038 (U) | 1210-000 | $30,889.70 |
| Security Deposits for 61 Bacon Street in Biddeford | 1229-000 | $9,950.00 |
| 61 Bacon Street Biddeford, ME 04005 York County Registry of Deeds B0341, P102 Tax Map 39/115 11 unit apartment building, | 1110-000 | $645,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$685,839.70** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TD Bank, N.A. | 4110-000 | $350,000.00 | $381,929.67 | $397,391.89 | $397,391.89 |
| | **TOTAL SECURED** | | **$350,000.00** | **$381,929.67** | **$397,391.89** | **$397,391.89** |

UST Form 101-7-TDR ( 10 /1/2010)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Nathaniel R. Hull | 2100-000 | NA | $36,405.78 | $36,405.78 | $36,405.78 |
| Attorney for Trustee Fees - Verrill Dana, LLP | 3110-000 | NA | $13,133.00 | $13,133.00 | $13,133.00 |
| Attorney for Trustee, Expenses - Verrill Dana, LLP | 3120-000 | NA | $2,029.83 | $2,029.83 | $2,029.83 |
| Auctioneer Fees - Tranzon Auction Properties | 3610-000 | NA | $38,700.00 | $38,700.00 | $38,700.00 |
| Auctioneer Fees - Tranzon Auction Properties (Gorham Sale) | 3610-000 | NA | $13,579.46 | $13,579.46 | $13,579.46 |
| Auctioneer Expenses - Tranzon Auction Properties | 3620-000 | NA | $3,988.00 | $3,988.00 | $3,988.00 |
| Auctioneer Expenses - Tranzon Auction Properties (Gorham Sale) | 3620-000 | NA | $1,455.00 | $1,455.00 | $1,455.00 |
| Insurance - Trustee Insurance Agency | 2420-750 | NA | $1,290.00 | $1,290.00 | $1,290.00 |
| Insurance - Trustee Insurance Group | 2420-750 | NA | $611.52 | $611.52 | $611.52 |
| Costs re Sale of Property - Jill Wheaton | 2500-000 | NA | $9,950.00 | $9,950.00 | $9,950.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $413.55 | $413.55 | $413.55 |
| Accountant for Trustee Fees (Other Firm) - Lanman Rayne, PLLC | 3410-000 | NA | $5,420.50 | $5,420.50 | $5,420.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$126,976.64** | **$126,976.64** | **$126,976.64** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None |||||||

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Robin Lawson and Dennis McAlister c/o Darcie P.L. Beaudin, Esq. Skelton, Taintor & Abbott | 7100-000 | $1,369,315.80 | $161,471.17 | $161,471.17 | $161,471.17 |
| 3 | Adamire Enterprises, Inc. | 7100-000 | $569,003.28 | $195,434.56 | $0.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,938,319.08** | **$356,905.73** | **$161,471.17** | **$161,471.17** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 18-20010 | | Trustee Name: | (390130) Nathaniel R. Hull |
| --- | --- | --- | --- | --- |
| Case Name: | QAD INVESTMENTS, INC. | | Date Filed (f) or Converted (c): | 01/16/2018 (f) |
| | | | § 341(a) Meeting Date: | 02/16/2018 |
| For Period Ending: | 09/25/2019 | | Claims Bar Date: | 05/29/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Casco Federal Credit Union Checking | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 2 | TD Bank Checking | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 3 | 134 Rochester Street Westbrook, ME Cumberland County Registry of Deeds B16965, P3 tax map 034//113 mobile home, Fee simple, Valuation Method: Tax records | 66,400.00 | 0.00 | | 0.00 | FA |
| 4 | 59 Pequawket Trail Baldwin, ME Cumberland County Registry of Deeds B15344, P48 single family, Fee simple, Valuation Method: Tax records | 160,000.00 | 0.00 | | 0.00 | FA |
| 5 | 11 Kimball Street Sanford ME York County Registry of Deeds B15420, P333 11 unit apartment building, Fee simple, Valuation Method: Tax records | 216,600.00 | 0.00 | | 0.00 | FA |
| 6 | 61 Bacon Street Biddeford, ME 04005 York County Registry of Deeds B0341, P102 Tax Map 39/115 11 unit apartment building, Fee simple, Valuation Method: Tax records | 500,200.00 | 150,200.00 | | 645,000.00 | FA |
| 7 | Security Deposits for 61 Bacon Street in Biddeford (u) | 9,950.00 | 9,950.00 | | 9,950.00 | FA |
| 8 | Accounts receivable | Unknown | 0.00 | | 0.00 | FA |
| 9 | 294 County Road Gorham, Maine Cumberland County Registry of Deeds B31116, Page 274 Gorham Tax Account 0015-0006 single family | 128,700.00 | 0.00 | | 0.00 | FA |
| 10* | 462 Main Street Gorham, ME 04038 (U) (u) (See Footnote) | 189,400.00 | 211,000.00 | | 30,889.70 | FA |
| 10 | **Assets Totals (Excluding unknown values)** | **$1,276,250.00** | **$376,150.00** | | **$685,839.70** | **$0.00** |

RE PROP# 10    Waiting on title report to determine if any value can be realized for this asset

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

**Case No.:** 18-20010  
**Case Name:** QAD INVESTMENTS, INC.  
**For Period Ending:** 09/25/2019

**Trustee Name:** (390130) Nathaniel R. Hull  
**Date Filed (f) or Converted (c):** 01/16/2018 (f)  
**§ 341(a) Meeting Date:** 02/16/2018  
**Claims Bar Date:** 05/29/2018

**Major Activities Affecting Case Closing:**

9 SEP 2019 - TFR approved. Will draw checks once 14 day objection deadline passes

2 JUL 2019 - TFR submitted to UST's office and waiting for review.

22 MAY 2019 - submitted 2019 short year returns and request for prompt determination along with K-1 to sole shareholder. Will submit fee app for LR and then TFR

14 MAY 2019 - sent tax professional updated forms 1 and 2. Will prepare fee app for Verrill Dana and final tax filings.

30 APR 2019 - rec'd prompt determination decision back from IRS - not selected.

6 APR 2019 - master compromise approved and transaction for Gorham property approved. Made disbursements called for under that order. Will send the matter to tax professionals for final return

9 FEB 2019 - moving toward sale of 462 Main Street, Gorham, Maine property. Also, received copies of 2017 tax filings and noticed an address of 19 Preble Street, Gorham listed. Researched title and this property was in R. Glidden's individual name and was never titled in the name of QAD. Consider that matter resolved.

29 DEC 2018 - pursuing sale of 462 Main Street, Gorham, Maine. Title search reveals it is unencumbered. Secured insurance coverage and moving to sale with Tranzon. Emailed D's counsel for access.

21 AUG 2018 - security deposits paid.

31 AUG 2018 - sale closed and rec'd turnover of security deposit and accounting. Will send to buyer once funds clear my trustee account

11 JUL 2018 - Signed P&S agreement for 645,000 at close of auction with Jill Wheaton (Portsmouth, NH). Also, called Trustee Resource Group and have $1,000,000 policy in place to and including 8/11/2018. $1550 monthly premium.

10 JUL 2018 - have been informed multiple times through broker that City of Biddeford views the fines as "personal" to Russell Glidden and will not seek to enforce the fines against buyer. Requested that the city be present at the auction

7 JUL 2018 - Auction scheduled. Will move forward with closing.

7 APR 2018 - have bank statements and debtor agreed to get keys and tour for Mike. Will also try to get mortgage statement

19 MAR 2018 - will file motion to sell building in Biddeford.

**Initial Projected Date Of Final Report (TFR):** 03/29/2019           **Current Projected Date Of Final Report (TFR):** 06/25/2019 (Actual)

09/25/2019  
Date

/s/Nathaniel R. Hull  
Nathaniel R. Hull

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 1

| Case No.: | 18-20010 | Trustee Name: | Nathaniel R. Hull (390130) |
|---|---|---|---|
| Case Name: | QAD INVESTMENTS, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0517 | Account #: | ******4300 Checking |
| For Period Ending: | 09/25/2019 | Blanket Bond (per case limit): | $12,950,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/23/18 | | Preferred Title and Closing obo Buyer in QAD | Net Sale Proceeds | 204,920.11 | | 204,920.11 |
| | | TD Bank, N.A. | -$397,391.89 / 4110-000 | | | |
| | | Tranzon Auction Properties | Auctioneer Commission Approved at DE 32 / 3610-000 -$38,700.00 | | | |
| | | Tranzon Auction Properties | Auctioneer Expenses Approved at DE 32 / 3620-000 -$3,988.00 | | | |
| | {6} | Jill Wheaton (Buyer of Bacon Street) | Gross sale proceeds from sale approved at DE 32 / 1110-000 $645,000.00 | | | |
| 08/25/18 | 101 | Trustee Insurance Agency | Payment for post-petition insurance (Invoice 10632) / 2420-750 | | 611.52 | 204,308.59 |
| 08/31/18 | {7} | Russell Glidden | Receipt of Security Deposits for 61 Bacon Street in Biddeford / 1229-000 | 9,950.00 | | 214,258.59 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees / 2600-000 | | 68.77 | 214,189.82 |
| 09/10/18 | 102 | Jill Wheaton | Transfer of security deposits - Bacon Street / 2500-000 | | 9,950.00 | 204,239.82 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees / 2600-000 | | 160.28 | 204,079.54 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees / 2600-000 | | 184.50 | 203,895.04 |
| 12/29/18 | 103 | Trustee Insurance Agency | Insurance coverage for 462 Main Street, Gorham, Maine. / 2420-750 | | 1,290.00 | 202,605.04 |
| 03/18/19 | {10} | Bourdreau Law Office obo Adamire Enterprises, Inc | 10% of the Cash Purchase Price for Gorham Property / 1210-000 | 3,088.97 | | 205,694.01 |
| 03/20/19 | {10} | Adamire Enterprises by Treasurers Check | Balance of Purchase Price due for Gorham Property / 1210-000 | 27,800.73 | | 233,494.74 |
| 03/26/19 | 104 | Tranzon Auction Properties (Gorham Sale) | Commission on the Gorham sale approved at DE 64 / 3610-000 | | 13,579.46 | 219,915.28 |
| 03/26/19 | 105 | Tranzon Auction Properties (Gorham Sale) | Commission on the Gorham sale approved at DE 64 / 3620-000 | | 1,455.00 | 218,460.28 |
| 03/26/19 | 106 | Robin Lawson and Dennis McAlister | Interim distribution of POC 2-1 approved at DE 64 / 7100-000 | | 80,735.59 | 137,724.69 |
| 09/10/19 | 107 | Nathaniel R. Hull | 18-20010; QAD INVESTMENTS, INC.; Distribution payment - Dividend paid at 100.00% of $36,405.78; Claim # FEE; Filed: $36,405.78 / 2100-000 | | 36,405.78 | 101,318.91 |
| 09/10/19 | 108 | Verrill Dana, LLP | 18-20010; QAD INVESTMENTS, INC.; Distribution payment - Dividend paid at 100.00% of $13,133.00; Claim # ; Filed: $13,133.00 / 3110-000 | | 13,133.00 | 88,185.91 |
| 09/10/19 | 109 | Verrill Dana, LLP | 18-20010; QAD INVESTMENTS, INC.; Distribution payment - Dividend paid at 100.00% of $2,029.83; Claim # ; Filed: $2,029.83 / 3120-000 | | 2,029.83 | 86,156.08 |
| 09/10/19 | 110 | Lanman Rayne, PLLC | 18-20010; QAD INVESTMENTS, INC.; Distribution payment - Dividend paid at 100.00% of $5,420.50; Claim # ; Filed: $5,420.50 / 3410-000 | | 5,420.50 | 80,735.58 |

**Page Subtotals:** $245,759.81    $165,024.23

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 2

| Case No.: | 18-20010 | Trustee Name: | Nathaniel R. Hull (390130) |
|---|---|---|---|
| Case Name: | QAD INVESTMENTS, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0517 | Account #: | ******4300 Checking |
| For Period Ending: | 09/25/2019 | Blanket Bond (per case limit): | $12,950,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/10/19 | 111 | Robin Lawson and Dennis McAlister c/o Darcie P.L. Beaudin, Esq. Skelton, Taintor & Abbott | 18-20010; QAD INVESTMENTS, INC.; Distribution payment - Dividend paid at 50.00% of $161,471.17; Claim # 2; Filed: $161,471.17 | 7100-000 |  | 80,735.58 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 245,759.81 | 245,759.81 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | **Subtotal** |  |  | 245,759.81 | 245,759.81 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$245,759.81** | **$245,759.81** |  |

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page:  3

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-20010 | **Trustee Name:** | Nathaniel R. Hull (390130) |
| **Case Name:** | QAD INVESTMENTS, INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0517 | **Account #:** | ******4300 Checking |
| **For Period Ending:** | 09/25/2019 | **Blanket Bond (per case limit):** | $12,950,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4300 Checking | $245,759.81 | $245,759.81 | $0.00 |
| | **$245,759.81** | **$245,759.81** | **$0.00** |

| | |
|---|---|
| 09/25/2019 | /s/Nathaniel R. Hull |
| Date | Nathaniel R. Hull |

**UST Form 101-7-TDR (10 /1/2010)**